Nos. 447 and 448. UNITED MINE WORKERS OF AMER-ICA *v.* SUNFIRE COAL CO. ET AL. C. A. 6th Cir. Certiorari denied. *Harrison Combs* and *M. E. Boiarsky* for petitioner. *James S. Greene, Jr.* and *Logan E. Patterson* for respondents. ▮

No. 440. IN RE A. & H. TRANSPORTATION, INC. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Mark R. Joelson* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Robert B. Hummel* for the United States. ▮

No. 270, Misc. NOLAN *v.* NASH, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent. ▮

No. 408, Misc. KIGER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. ▮

No. 474, Misc. KAY *v.* CHAPPELL, CHAIRMAN, U. S. BOARD OF PAROLE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondents.

No. 494, Misc. BROWN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.